UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER M. HANNAH,<br><br>      Plaintiffs<br><br> vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES;  SOUTH JERSEY HEALTH CARE, SOUTH JERSEY REGIONAL MEDICAL CENTER; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>      Defendants. | Civil Action No.: 12-cv-07180<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this action for Defendant, Ameridose, LLC.  I certify that I am an Attorney-at-Law admitted to practice before the United States District Court, District of New Jersey and am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Dated:  December 17, 2012

             **McELROY, DEUTSCH, MULVANEY**
             **& CARPENTER, LLP**

             By:  */s/ Walter R. Krzastek*
                Walter R. Krzastek, Esq.
                1300 Mount Kemble Avenue
                Morristown, New Jersey 07960
                Phone: (973) 993-8100
                Fax:  (973) 425-0161
                Email: wkrzastek@mdmc-law.com