MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
ATTORNEYS FOR DEFENDANTS
SOUTH JERSEY HEALTHCARE and
SOUTH JERSEY REGIONAL MEDICAL CENTER

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| CHRISTOPHER M. HANNAH, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:12-cv-07180-RBK-KMW |
| v. | : | |
| | : | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE, LLC trading as PREMIER ORTHOPEDIC ASSOCIATES; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); JOHN DOE(S), M.D. (1-3), | : : : : : : | |
| Defendants. | : | |
| | : | |

---

## STIPULATION AND CONSENT ORDER TO ANSWER, MOVE, OR
## OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

This matter having come before the court upon the application of Stephen A. Grossman,

Esquire, counsel for Defendants South Jersey Healthcare and South Jersey Regional Medical

Center, for an order to answer, move, or otherwise respond to Plaintiff Christopher M. Hannah's

Amended Complaint, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L.Civ.R. 6.1(a); and plaintiff

having consented to the extension; and for good cause shown,

IT IS on this ___ day of _____ 2012 hereby

**ORDERED** that the application of Defendants South Jersey Healthcare and South Jersey

Regional Medical Center shall be **granted**, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L.Civ.R.

6.1(a); and the answer, moving papers, or other response of Defendants South Jersey Healthcare

and South Jersey Regional Medical Center to the Hannah Amended Complaint shall be filed with

the court on or before Monday, February 18, 2013.

APPROVED AND SO ORDERED

_____
Karen M. Williams, U.S.M.J.


Dated:  December 18, 2012


**SALTZ, MONGELUZZI,
BARRETT & BENDESKY, P.C.**

s/*Michael F. Barrett*
Michael F. Barrett, Esq.
Mary T. Gidaro, Esq.
8000 Sagemore Drive - Suite 8303
Marlton, NJ 08053
(856) 751-8383
*Attorneys for Plaintiff
Christopher M. Hannah*

**MONTGOMERY, McCRACKEN,
WALKER & RHOADS LLP**

s/*Stephen A. Grossman*
Stephen A. Grossman, Esq.
Louis R. Moffa, Jr., Esq.
457 Haddonfield Road - Suite 600
Cherry Hill, NJ 08002
(856) 488-7700
*Attorneys for Defendants
South Jersey Healthcare and South
Jersey Regional Medical Center*


-2-