# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

**1300 MOUNT KEMBLE AVENUE**
**P.O. BOX 2075**
**MORRISTOWN, NEW JERSEY 07962-2075**
**(973) 993-8100**
**FACSIMILE (973) 425-0161**

**RECEIVED**
**DEC 27 2012**
JOEL SCHNEIDER
U.S. Magistrate Judge

WALTER KRZASTEK
Direct dial: (973) 425-8149
wkrzastek@mdmc-law.com

December 27, 2012

*VIA FACSIMILE* 856-757-5355

Hon. Joel Schneider, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, NJ 08101

     RE:   **Case Reassignment Request**
                <u>Jennifer Marko v. NECC, et al.</u>, Case No. 1:12-cv-07176-RMB-JS
                <u>Brian Pennington v. NECC, et al.</u>, Case No. 1:12-cv-07179-JHR-KMW
                <u>Christopher Hannah v. NECC, et al.</u>, Case No. 1:12-cv-07180-RBK-KMW

Dear Judge Schneider:

     This office represents Ameridose, LLC in several cases pending in the United States District Court for the District of New Jersey. On November 19, 2012 Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") removed the following three cases from the Superior Court of New Jersey, Cumberland County to the United States District Court for the District of New Jersey:

     <u>Jennifer Marko v. NECC, et al.</u>, Case No. 1:12-cv-07176-RMB-JS
     <u>Brian Pennington v. NECC, et al.</u>, Case No. 1:12-cv-07179-JHR-KMW
     <u>Christopher Hannah v. NECC, et al.</u>, Case No. 1:12-cv-07180-RBK-KMW

     Subsequently, Defendant NECC removed two additional cases to this Court on December 13, and eight additional cases on December 17. All ten of these subsequent cases were assigned to Judge Bumb and Magistrate Judge Schneider. To date, there are 13 cases pending against NECC, Ameridose, and multiple other defendants, and of those 11 are assigned to Judge Bumb and Magistrate Judge Schneider. One case (<u>Pennington</u>) is assigned to Judge Rodriguez and Magistrate Judge Williams, and one case (<u>Hannah</u>) is assigned to Judge Kugler and Magistrate Judge Williams.

     In the interests of judicial economy, we respectfully request this Court reassign the <u>Pennington</u> (Case No. 1:12-cv-07179) and <u>Hannah</u> (Case No. 1:12-cv-07180) to Judge Bumb and Magistrate Judge Schneider.

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE

## McElroy, Deutsch, Mulvaney & Carpenter, LLP

Page 2

Please feel free to contact me should there be any questions.

Respectfully,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*[signature]*

Walter R. Krzastek

cc:  (*via email*)
Michael F. Barrett, Esq.
Mary T. Gidaro, Esq.
**Saltz, Mongeluzzi, Barrett & Bendesky, P.C.**
*Counsel for Plaintiffs*

Franklin H. Levy, Esq.
**Lawson & Weitzen, LLP**
*Counsel for Defendant Alaunus Pharmaceutical, LLC*

Jay Blumberg, Esq.
**Law Offices of Jay J. Blumberg**
*Counsel for Defendants Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC, Premier Orthopaedic Associates Surgical Center, LLC, and Dr. Kimberley Yvette Smith*

Steve Drake, Esq.
**Reynolds & Drake, P.C.**
*Counsel for Defendants Professional Pain Management and Dr. Vannette Perkins*

Steven A. Grossman, Esq.
**Montgomery, McCracken, Walker & Rhoads, LLP**
*Counsel for Defendants South Jersey Healthcare and South Jersey Regional Medical Center*

Steven A. Stadtmauer, Esq.
**Harris Beach PLLC**
*Counsel of Record for Defendant NECC*