UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HANNAH, | : |
| Plaintiff | : |
| VS. | : |
| | 12-7180 |
| NEW ENGLAND COMPOUNDING : | |
| PHARMACY, INC., et al., | |
| | :  **ORDER OF REASSIGNMENT** |
| Defendants | : |
| | : |

- - - - - - - - - - -

It is on this 3rd day of January, 2013 on the Courts own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE ROBERT B. KUGLER to JUDGE RENÉE MARIE BUMB.

s/ Jerome B. Simandle
**JEROME B. SIMANDLE,  CHIEF JUDGE**