**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER M. HANNAH,<br><br>      Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 1:12-cv-07180-RMB-JS<br><br>**AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 3rd day of January, 2013.

                                              */s/ Walter F. Timpone*
                                              Walter F. Timpone
                                              Walter R. Krzastek
                                              McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                              1300 Mount Kemble Avenue
                                              P.O. Box 2075
                                              Morristown, NJ 07962-2075
                                              Phone:     973.425.8701
                                              Fax:        973.425.0161
                                              wtimpone@mdmc-law.com
                                              wkrzastek@mdmc-law.com
                                              *Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 3, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Walter F. Timpone*
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*

013260.000005 1592642.1